UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOEL OWENS,

    Petitioner,

v.                                        Case No. 3:20cv6008-LC-HTC

M V JOSEPH,

    Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 19, 2021 (ECF No. 12). Efforts have been made to furrnish the Petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail was returned marked undeliverable and unable to forward. No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

Case No. 3:20cv6008-LC-HTC

2. The motion to dismiss the amended petition (ECF Doc. 10) is GRANTED, and the amended petition under 28 U.S.C. § 2241 (ECF Doc. 4) is DISMISSED.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 5th day of August, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**